IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:16-cv-20-D |
| v. | ) |
| FRANCIS M. JOHNSON, *et al.*, | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Upon the request of the Plaintiff, the United States of America, Default is hereby entered against Defendants Francis M. Johnson and Nathalie Johnson Morse, individually and as Trustee of the Frankford Milam Johnson Family Irrevocable Trust, under Fed. R. Civ. P. 55(a).

Dated this  22nd day of  November            , 2016.

By: _____
Clerk of the Court for the United States District Court