IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-20-D |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS M. JOHNSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### JUDGMENT

Judgment is rendered in favor of the United States and against Francis M. Johnson for federal employment taxes for the first quarter of 2005 through the third quarter of 2009 in the amount of $64,856 as of December 26, 2016, plus interest after that date according to law until the full amount is paid;

Judgment is rendered in favor of the United States and against Francis M. Johnson for federal income taxes for tax year 2010 in the amount of $6,162 as of December 26, 2016, plus interest and penalties after that date according to law until the full amount is paid.

SO ORDERED. This _28_ day of February 2017.


_____
JAMES C. DEVER III
Chief United States District Judge