IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br>FRANCIS M. JOHNSON, *et al.*,<br>　　　Defendants. | Case No. 2:16-cv-20-D |

## JUDGMENT

For the reasons stated in the United States' motion for default judgment and agreed order of sale, judgment is hereby entered as follows:

A)　Default judgment is entered against Francis Johnson as to Count III of the complaint;

B)　As to Count III, the United States tax liens attach to the real property known as the Rosa Eure Johnson Harrel tract, containing 44.69 acres in Gates County, North Carolina, Parcel ID Number 02-00405, and are hereby foreclosed;

C)　The real property will be sold and the proceeds distributed pursuant to the attached agreed order of sale;

D)　Count IV of the complaint is dismissed.

SO ORDERED. This the __5__ day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Dever_
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge