IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )  Case No. 2:16-cv-20-D
                           )
     v.                    )
                           )
FRANCIS M. JOHNSON, et al.,)
                           )
           Defendants.     )
                           )

**ORDER GRANTING THE UNITED STATES'**
**MOTION TO CONFIRM SALE AND DISTRIBUTE PROCEEDS**

Before the Court is the United States' Motion to Confirm Sale and Distribute Proceeds. Upon consideration of the motion, any opposition thereto, and the Court being sufficiently advised, it is hereby

ORDERED that the United States' motion is granted;

ORDERED that the Internal Revenue Service's sale of real property known as the Rosa Eure Johnson Harrel tract, containing 44.69 acres in Gates County, North Carolina, Parcel ID Number 02-00405 is hereby confirmed; and further

ORDERED that the Clerk of the Court shall distribute the proceeds of the sale as follows:

1. $2,573.48 to the Internal Revenue Service for the costs of sale made payable to the Internal Revenue Service c/o Property Appraisal and Liquidation Specialist Deborah Whitfield 2937 S. Claremont Ave., Springfield, MO 65804;

2. $223.51 for real property taxes made payable to the Gates County Treasurer, 200 Court Street, Gatesville, NC 27938;

3. $57,468.67, to the Frankford Milam Johnson Family Irrevocable Trust for its 2/3 interest in the property made payable to Nathalie Johnson Morse, Executor, 6325 Falls of Neuse Rd. #35-353, Raleigh, NC 27615; and;

4. $28,734.34, the remaining funds, to the United States in partial satisfaction of the judgment entered in this case against Francis Johnson, made payable to the United States Department of Justice c/o Jonathan D. Carroll, U.S. Department of Justice, P.O. Box 227, Washington, DC 20044.

SO ORDERED. This **13** day of February, 2020.

JAMES C. DEVER III
United States District Judge